IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| PHILIP LIGHTFOOT SELLERS, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | |
| ) | Case No. 2:15cv236-WHA |
| RENEWABLE FUELS, LLC and JOHN ) | |
| F. COLQUITT, ) | (wo) |
| Defendants. ) | |

**ORDER**

This case is before the court on a Motion to Continue (Doc. #32), a Motion to Withdraw as counsel for Defendants (Doc. #33), and a Supplemental Motion to Continue (Doc. #34).

Counsel for the Defendants request that the court extend the discovery deadline to April 15, 2016, and extend the dispositive motion deadline to May 9, 2016. The Plaintiff has no objection to the requested extension of deadlines.

Counsel for Defendants also seek to withdraw from representation of the Defendants on the ground that counsel are unable to effectively represent the clients.

Upon consideration of the Motions and for good cause shown it is hereby ORDERED as follows:

1. The Motions to Continue (Doc. #32, 34) are GRANTED.

2. The Motion to Withdraw will be granted upon the entry of a notice of appearance by new counsel for the Defendants. The Defendants are ORDERED to secure new counsel **no later than March 21, 2016**.

3. Current counsel of record for the Defendants are ORDERED to immediately provide the Defendants' addresses to the Clerk of the Court.

4. The Clerk is DIRECTED to serve copies of this order upon Renewable Fuels, LLC and John F. Colquitt at the addresses provided by counsel of record, and current counsel of record are ORDERED to advise Renewable Fuels, LLC and John F. Colquitt of this order by the fastest available method, and to file with the court a Notice that that has been done.

Done this 23rd day of February, 2016.

    /s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE