# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | |
|---|---|
| PHILIP LIGHTFOOT SELLERS, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Civil Action No. 2:15cv236-WHA ) |
| RENEWABLE FUELS, LLC and JOHN F. COLQUITT, | ) (wo) ) ) |
| Defendant. | ) |

## JUDGMENT

In accordance with the Orders entered in this case on this day and on August 13, 2015 (Doc. #18),

Judgment is entered in favor of Philip Lightfoot Sellers and against Renewable Fuels, LLC in the amount of $39,508.51.

Judgment is also entered against in favor of Philip Lightfoot Sellers and against John F. Colquitt in the amount of $109,231.14.

Judgment is entered in favor of the Defendants and against Philip Lightfoot Sellers on the claims for promissory fraud, suppression, unjust enrichment, and breach of fiduciary duty.

Costs are taxed against the Defendants.

Done this 11th day of October, 2016.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE